UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DAVID CLARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14-CV-125-CEJ |
| ) | |
| CITY OF CAPE GIRARDEAU, MISSOURI ) and MATTHEW PETERS, ) | |
| ) | |
| Defendants. ) | |

## AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the Case Management Order is amended as follows:

This action is set for a **JURY** and **NON-JURY** trial on **Monday**, **March 7, 2016**, at **9:00 a.m.**

**The deadline for filing a motion to change the trial date is December 30, 2015**.

All other provisions of the Case Management Order remain in effect.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2015.